BASCHAB, Presiding Judge,
concurring in the result in part and dissenting in part.
I concur with the decision to affirm the appellant’s conviction and sentence. However, I dissent as to the decision to affirm the circuit court’s revocation of the appellant’s community corrections sentence. Based on the Alabama Supreme Court’s decision in Ex parte Anderson, 999 So.2d 575 (Ala.2008), I do not believe that the proceedings in this case constituted an actual revocation hearing pursuant to Gagnon v. Scarpelli, 411 U.S. 778, 93 S.Ct. 1756, 36 L.Ed.2d 656 (1973); Morrissey v. Brewer, 408 U.S. 471, 92 S.Ct. 2593, 33 L.Ed.2d 484 (1972); McCoo v. State, 921 So.2d 450 (Ala.2005); Armstrong v. State, 294 Ala. 100, 312 So.2d 620 (1975); and Rule 27, Ala. R.Crim. P. Therefore, we should remand this case to the circuit court for that court to conduct an actual revocation hearing.